**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____     Chapter     **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Everything Fireplaces, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-3123948** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**Principal place of business**

**39 Railroad Avenue, Suite E**
**Middletown, NY 10940**
Number, Street, City, State & ZIP Code

**Orange**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.  **Debtor's website** (URL)    _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:  _____

| Debtor | **Everything Fireplaces, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4431__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | ____ | When | ____ | Case number | ____ |
|---|---|---|---|---|---|
| District | ____ | When | ____ | Case number | ____ |

Debtor    **Everything Fireplaces, LLC**                                    Case number *(if known)* _____
_____Name_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                    Relationship _____
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

| **Statistical and administrative information** |

**13. Debtor's estimation of available funds**        *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99           ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000      ☐ More than100,000
■ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor    **Everything Fireplaces, LLC**                                                    Case number (*if known*) _____
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Everything Fireplaces, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | | |
|---|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |
| | I have been authorized to file this petition on behalf of the debtor. | |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. | |
| | I declare under penalty of perjury that the foregoing is true and correct. | |

Executed on    **June  8, 2023**
                MM / DD / YYYY

**X** **/s/ Derrick Morran**                         **Derrick Morran**
Signature of authorized representative of debtor       Printed name

Title    **Managing Member**

---

| | | |
|---|---|---|
| **18. Signature of attorney** | **X** **/s/ Michael D. Pinsky, Esq.**      Date **June  8, 2023** | |
| | Signature of attorney for debtor                   MM / DD / YYYY | |

**Michael D. Pinsky, Esq.**
Printed name

**Law Office of Michael D. Pinsky, P.C.**
Firm name

**372 Fullerton Ave., #11**
**Newburgh, NY 12550-3744**
Number, Street, City, State & ZIP Code

Contact phone    **845-245-6001**      Email address    **michael.d.pinsky@gmail.com**

**2683019 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Everything Fireplaces, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  8, 2023**          X  **/s/ Derrick Morran**
                                                Signature of individual signing on behalf of debtor

                                                **Derrick Morran**
                                                Printed name

                                                **Managing Member**
                                                Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **Everything Fireplaces, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................    $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................    $ _____ 282,643.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................    $ _____ 282,643.00

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ 672,671.15

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____ 1,275,606.64

4.    **Total liabilities** .........................................................................................................
    Lines 2 + 3a + 3b    $ _____ 1,948,277.79

| Fill in this information to identify the case: |
| --- |

Debtor name    **Everything Fireplaces, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

19.    **Raw materials**

Debtor   **Everything Fireplaces, LLC**                                          Case number *(If known)* _____
          Name

| 20. | **Work in progress** | | | | |
|---|---|---|---|---|---|

| 21. | **Finished goods, including goods held for resale** **Fireplace inventory. See attached Exhibit "A".** | N/A | Unknown | Recent cost | $12,693.00 |
|---|---|---|---|---|---|

| 22. | **Other inventory or supplies** **See Exhibit B attached** | N/A | Unknown | Recent cost | $251,450.00 |
|---|---|---|---|---|---|

| 23. | **Total of Part 5.** | | | | $264,143.00 |
|---|---|---|---|---|---|
|  | Add lines 19 through 22.  Copy the total to line 84. | | | | |

**24.   Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** **3 tables, 8 chairs, 5 desks with chairs, 4 lighting fixtures & 10 light bars, 2 TVs,** | Unknown | Liquidation | $500.00 |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** **6 computers, printer and prnter table** | Unknown | | $1,000.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| Debtor | **Everything Fireplaces, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**43.    Total of Part 7.**                    $1,500.00
Add lines 39 through 42.  Copy the total to line 86.

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| Pallet jack | Unknown | Recent cost | $10,000.00 |
| 7 X 12 Double Axle Trailer | Unknown | | $7,000.00 |

**51.    Total of Part 8.**                    $17,000.00
Add lines 47 through 50.  Copy the total to line 87.

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

Debtor    **Everything Fireplaces, LLC**_____    Case number *(If known)* _____
        Name

☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Everything Fireplaces, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $264,143.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $17,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $282,643.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $282,643.00 |

| Fill in this information to identify the case: |
|---|

Debtor name  **Everything Fireplaces, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**  **BAC Fireplace Group**

Describe debtor's property that is subject to a lien

$192,557.00 | $0.00

Creditor's Name

**c/o Morgan, Cohn & Bach
7225 N. Mona Lisa Rd, Ste 200
Tucson, AZ 85741**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2**  **Cloudfund LLC**

Describe debtor's property that is subject to a lien

$178,515.00 | $0.00

Creditor's Name

**400 Rella Blvd. Ste 165-101
Attn Officer
Suffern, NY 10901**

Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/12/2022**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **Everything Fireplaces, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Delta Funding** | Describe debtor's property that is subject to a lien | $192,830.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**108 Greenwich Street
New York, NY 10006**
Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **ODK Capital, LLC** | Describe debtor's property that is subject to a lien | $101,769.15 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**1400 Broadway 25th Floor
Attn Officer
New York, NY 10018-5225**
Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/9/2022**
**Last 4 digits of account number**
**3346**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Sheffield Financial** | Describe debtor's property that is subject to a lien | $7,000.00 | $7,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **7 X 12 Double Axle Trailer** | | |

**PO Box 580229
Attn: Officer
Charlotte, NC 28258-0229**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No

---

Debtor    **Everything Fireplaces, LLC**                                    Case number (if known)
_____                                  _____
Name

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $672,671.15 |

| Part 2: | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **Everything Fireplaces, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **Adlen David** | ☐ Contingent | |
| | **8 Baseiew Court** | ☐ Unliquidated | |
| | **Uncasville, CT 06382** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  customer | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,007.30 |
|---|---|---|---|
| | **AF Distributors** | ☐ Contingent | |
| | **23 E. Atlanta Avenue** | ☐ Unliquidated | |
| | **Phoenix, AZ 85040** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **Alan Dykshorn** | ☐ Contingent | |
| | **15144 10th Avenue** | ☐ Unliquidated | |
| | **Dyer, IN 46311** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  customer | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **Alan Rose** | ☐ Contingent | |
| | **865 East Cactus Drive** | ☐ Unliquidated | |
| | **Globe, AZ 85501** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  customer | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Everything Fireplaces, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Alex Saar**
**1234 Norwich Road**
**Jacksonville, FL 32207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Alex Wittenburg**
**1475 County Road 2400**
**Lometa, TX 76853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Allen Bubar**
**2785 Ribera Road**
**Carmel, CA 93923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Allyson Kesler**
**2019 Northwest 9th Avenue**
**Cape Coral, FL 33993**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Amy Hassell**
**3045 Banks Road**
**Tallahassee, FL 32309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Amy Thompson**
**160 Oatland Island Road**
**Savannah, GA 31410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Ana Gonzalez**
**127 Mr. Everest Court**
**Clayton, CA 94517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Andrew Frazier**
**552 Vandivieere Road**
**Atlanta, GA 30340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  customer

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Andrew Walden**
**24 Wembly Court**
**Ellabell, GA 31308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  customer

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**AndyWiilert**
**2230 Mockingbirrd Drive**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  customer

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Anna Dadurlan**
**12 East Acacia Avenue, D**
**Glendale, CA 91205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  ustomer

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Annamarie Gilbert**
**6305 Newland Street**
**Arvada, CO 80003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  customer

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Anthony Stankewitz**
**PO Box 386**
**Spiro, OK 74959**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  customer

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Arthur Lanzer**
**15 Chapel Road**
**Newburgh, NY 12550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  customer

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bank of America**
**100 North Tryon Street**
**Charlotte, NC 28255**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Barry Fleming**
**1542 Baxter Ridge Court**
**Apex, NC 27502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Bill Gleason**
**1519 West Ingomar Road**
**Pittsburgh, PA 15237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Bill Hanna**
**10070 Belvedere Circle**
**Lone Tree, CO 80124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Bill Thomas**
**216 County Road**
**Frenchtown, NJ 08825**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Bjorn White**
**1211 W Fairfax Drive**
**Chattanooga, TN 37415**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Bob Welsch**
**56 Dingle Daisy Road**
**Monticello, NY 12701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   customer

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Brendda Bryerton**
**141 Mountinviw Lane**
**PO Box 246**
**Lamar, PA 16848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Bretta Tassara**
**103 Oaklawn Drive**
**Saint Rose, LA 70087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Brian Burrnikel**
**11 Dellany Court**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Brian Melcher**
**2835 North Avenue**
**Metropolis, IL 62960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Brian Meyers**
**1408 Brookmeade Avenue**
**Maryville, TN 37804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Brianna Lareau**
**PO Box 61**
**Port Henry, NY 12974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Bruce Feldman**
**1754 Central Park**
**Orefield, PA 18069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Bruce Schaeffer**
**1419 Timberline Drive**
**Pottstown, PA 19465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Bsrak Malka**
**13902 Sugaarberry Woods Street**
**San Antonio, TX 78249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Caarmen Iagulli**
**7015 Brookline Place**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Caitlin Kuchemba**
**2449 Forest Drive East**
**Pocono Lake, PA 18347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Canned Heat**
**2810 Stoner Court #2**
**North Liberty, IA 52317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Carissa DeRocher**
**17435 Highway 3**
**Akron, IA 51001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Carlos Alvars**
**3100 W. 84th Ste Bay #6**
**Hialeah, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Charles Burke**
**1801 Lake Roberts Court**
**Windermere, FL 34786**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Charles Keene**
**365 Fairway Drrve**
**Clarksville, TN 37043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Chase Stroud**
**502 Sycamore Street**
**Brenham, TX 77833**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Cheryl Cichon**
**1880 Hidden Meadow Drive**
**Howell, MI 48855**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Chris Kish**
**3138 South Akron Court**
**Denver, CO 80231**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Chris Krameer**
**6 Hutton Centre Drive, #860**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Chris Monthony**
**41 Town Shed Road**
**Minerva, NY 12851**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Chris Ormsby**
**280 Alta View Drive SW**
**Willis, VA 24380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Chris Wickam**
**519 S  Propetor Lane**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Christina Burrnes**
**PO Box 1519**
**Victoria, TX 77902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Christopher Pelt**
**342 Deer Point Drive**
**Gulf Breeze, FL 32561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Chuong Nguyen-Thanh**
**302 1/2 Pavonia Avenue**
**Jersey City, NJ 07302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Clarke Watson**
**1001 S Main #5**
**Boerne, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Clayton Fluke**
**40 Kimble Avenue**
**Rio Grande, NJ 08242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Cody Sanders**
**705 County Road 256**
**Sweetwater, TX 79556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Colleen Berry**
**69383 Poverty Flat Road**
**Pendleton, OR 97801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Cynthia Rickman**
**380 Route 148**
**Killingworth, CT 06419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Daniel Fashottz**
**3924 Branson Drive**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Daniel Matskevich**
**132 Harwich Road, #406**
**Chestnut Hill, MA 02467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**David Brown**
**223 East Main Street**
**Carbondale, CO 81623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   customer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**David Cawthorne**
**1517 Battes Road**
**Victoria, VA 23974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   customer

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Everything Fireplaces, LLC**                                          Case number (if known) _____
_____
Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**David Eitrem**
**8885 Caggnon Road**
**San Antonio, TX 78252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**David Ferguson**
**6236 2nd Street**
**Rio Linda, CA 95673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**David Hughes**
**14 Marblehead Road**
**Windham, NH 03087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**David Sanders**
**5050 Crystal Bridge Drive**
**Carbondale, CO 81623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**David Sizemore**
**6002 East McKinley Avenue**
**Tacoma, WA 98404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Dennis Pacella**
**211 Ulsterville Road**
**Pine Bush, NY 12566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Derek Scott**
**4629 Copper Mountin Trail**
**Arlington, TX 76005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | |
|---|---|---|
| | Name | Case number (if known) |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Design Specialties**
**11100 W. Heather Avenue**
**Milwaukee, WI 53224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Devan Isenhower**
**2605 Huntsdale Trail**
**Zebulon, NC 27597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Devin Mauldin**
**31623 Northeast 123rd Street**
**Duvall, WA 98019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Devin Merriman**
**1214 Tabernacle Road**
**Smithville, TN 37166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Diane Hoffman**
**1844 Lake Forest Lane**
**Clearwater, FL 33755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Diane Ortmann**
**7426 Seacrest Drive**
**Pompano Beach, FL 33067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Dirk Beasley**
**1990 W Elvira Street**
**Tucson, AZ 85746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Dnise Hunt**
**1st League 6276**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Donna Sharp**
**158 Arrow head Point**
**Topton, NC 28781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Doug Lindemann**
**9230 Highway 42**
**Fish Creek, WI 54212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Douglas Raymond**
**57 Unneberg Avenue**
**Succasunna, NJ 07876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Dwight Roberts**
**8921 Evening Grove**
**Cordova, TN 38018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Edward Vydro**
**19882 Bridgetown Loop**
**Venice, FL 34293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Elinas Goldstein**
**199 East Lake Shore Drive, 6W**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Emery Ledger**
**5160 Bich Street, #100**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>  customer  </u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Emily Mattole**
**5064 Applebutter Hill Road**
**Center Valley, PA 18034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>  customer  </u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Emily Pela**
**9904 Northeast Hazel Dell Ave**
**Vancouver, WA 98685**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>  customer  </u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Eric Bloem**
**133 Adams Street NW**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>  customer  </u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Erik Beck**
**233 Walnut Avenue**
**Bellmawr, NJ 08031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>  customer  </u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Ernie Fisher**
**1113 Oakmont Street**
**Hays, KS 67601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>  customer  </u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Erric Manfell**
**PO Box 352**
**Story, WY 82842**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>  customer  </u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Esteban Martinez**
**6550 Shady Brook Lane, #1810**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Farshid Paydar**
**2130 Shelby Drive**
**Sedona, AZ 86336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Faye Britt**
**8217 River Road**
**Wilmington, NC 28412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Felix Prejean**
**22011 Elton Drive**
**Jennings, LA 70546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,000.00 |
|---|---|---|---|

**Fireside Group**
**1871 Route 9H**
**Hudson, NY 12534-4000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Gabby Ringler**
**24620 pilgri Road**
**Elberta, AL 36530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Gary Stankiewicz**
**14 Terrace Hill Drive**
**South Dennis, MA 02660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Genevieve Litchfield**
**1040 Lakeview Drive**
**Centerton, AR 72719**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**George Alpert**
**44 Beverly Road**
**Summit, NJ 07901**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**George Dawson**
**2700 Trents Ferry Road**
**Lynchburg, VA 24503**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Glenda Cutbirth**
**20515 Lawrence 2048**
**Everton, MO 65646**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Grant & Lauren Olson**
**907 N 21st Ave**
**Ozark, MO 65721**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Hal Parker**
**2820 Narrow Gauge Road**
**Bolton, MS 39041**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Hannah Kaldahl**
**231 S 1st Avenue**
**Duluth, MN 55810**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Heather Sanders**
**1107d Boscobel Street**
**Nashville, TN 37206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  ccustomer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Hikmet Ustunkaya**
**135 Shadduck Road**
**Little Meadows, PA 18830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Hunter Barnhart**
**13198 195th Street**
**Monticello, IA 52310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Igor Likhkun**
**12802**
**Sagamore Forest Lane**
**Reisterstown, MD 21136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Jackie Lunardi**
**7603 Royal Troon Terrace**
**Ijamsville, MD 21754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Jake Williams**
**915 Vereda Del Valle Avenue**
**El Paso, TX 79932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**James Holloman**
**10142 Antelope Way**
**Forney, TX 75126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**James Monday**
**511 State Route 45**
**44010**
**Castle Rock, MN 55010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**JamesD'Orazio**
**54 Park Drive**
**Parksville, NY 12768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jamey Goodwin**
**2601 Causeway Center Drive**
**Tampa, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jamie Kerr**
**1728 Skyline Blvd.**
**Redwood City, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jamison Dwenby**
**4400 Hurley Wade Drive**
**Moss Point, MS 39562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Janice Stringfellow**
**115 Tannertown Road**
**Lucedale, MS 39452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jasmin Peterson**
**4800 Bald Eagle Park**
**Marrero, LA 70072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jasmine Keeney**
**1755 Olinda Road**
**Makawao, HI 96768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jeff Bogenschutz**
**N3809 McHugh Road**
**Kaukauna, WI 54130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jeff Gephart**
**1705 Cook Street**
**Silver City, NM 88061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jeffey Casper**
**3817 Mountain Cove Drive**
**Charlotte, NC 28216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jeffrey DeFrances**
**12223 Emily Cove**
**Gulfport, MS 39503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jeffrey Guilbert**
**8282 County Road 9110**
**West Plains, MO 65775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   customer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jeffrey Previtera**
**601 S. Bell Blvd.**
**Cedar Park, TX 78613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   customer

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Everything Fireplaces, LLC**                                          Case number (*if known*) _____
_____
Name

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jeremy Dunn**
**17021 Upriver Drive**
**North Fort Myers, FL 33917**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jeremy Vance**
**8753 Inkster Street**
**Lenexa, KS 66227**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jim Poulson**
**108 East 100 South Road**
**Indianapolis, IN 46240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Joao Bahiense**
**403 VFW Drive**
**Rockland, MA 02370**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jody Haba**
**40 Pebble Brook Place**
**Springboro, OH 45066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**John Ambrose**
**4375 Village Green Circle**
**Birmingham, AL 35226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**John Berardino**
**1135 Hearthstone Drive**
**Fredericksburg, VA 22407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**John Knopf**
**11 Peases Point Road**
**Edgartown, MA 02539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**John O'Connor**
**1005 Kerrrville Way**
**TX 75072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**John Ruschak**
**160 ock Road W**
**Lambertville, NJ 08530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**John Vellingr**
**2979 North Luther Road**
**Floyds Knobs, IN 47119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Jonathan Gamble**
**39 Cold Spring Road**
**Newtown, CT 06470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Jonathan Toche**
**9117 Live Oak Avenue**
**Ione, CA 95640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Jordan Lievers-Eaton**
**28 West 90th Street, 2F**
**New York, NY 10024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

**Joshua Payne**
**612 Penn Tree Drive**
**Gibsonia, PA 15044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

**Joshua Wolfe**
**3930 Virginia Avenue**
**Cincinnati, OH 45227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

**Julio Hall**
**3 HubbardStreet**
**Carthage, NY 13619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

**Justin Gershoony**
**PO Box 921**
**Folsom, CA 95763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

**Justin Johnson**
**290 Calverts Hill Road**
**Spraggs, PA 15362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

**Justin Peterson**
**90 South Melpomene Way**
**Vail, AZ 85641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

**Justin Simkovic**
**268 Carmichaels Street**
**Rices Landing, PA 15357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Kay Van Vliet**
**15 Mcdaniel Lane**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Kay Whitt**
**4105 Scotland Drive**
**Grand Prairie, TX 75052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Keegan Low**
**655 Canyon Circle**
**Reno, NV 89519**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Keellwy Kertelits**
**3 Pheasants Run**
**Buchanan, NY 10511**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Keith Massey**
**2241 Northgate Drive**
**Muskegon, MI 49445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Ken Hoang**
**6315 E Cedarbrooks  Road**
**Orange, CA 92867**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Kerri Maloney**
**20 Turninf Leaf Lane**
**Lothian, MD 20711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Kevin Giles**
**385 Eslick Hollow Road**
**Lynchburg, TN 37352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Kevin Lewis**
**8730 East 43rd Street**
**Tulsa, OK 74145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Kevin Sinnett**
**80 Community Drive**
**Debary, FL 32713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Kitchen Nolte**
**405 SE Magazine Road, #103**
**Ankeny, IA 50021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Kristen Maus**
**1778 Marietta Drive**
**Fort Lauderdale, FL 33316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Kristina Dnson**
**14 Thomas Road**
**East Brunswick, NJ 08816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Kristopher Armbrecht**
**1107 Lawrene Avenue**
**Point Pleasant Beach, NJ 08742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Lance Whitney**
**246 Williams Road**
**Cooperstown, NY 13326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Lara Hermann**
**853 Miller Street**
**Luzerne, PA 18709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Lay Attaway**
**17 E 3rd Avenue**
**Rome, GA 30161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Layna Cain**
**1000 Orchid Ridge Lane**
**Bonita Springs, FL 34135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Leah Lavigne**
**640 Boxford Road**
**Haverhill, MA 01835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Levi Schmucker**
**27767 Spring Creek Road**
**Mendon, MI 49072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Lianne Cormier**
**185 Barthel Avenue**
**Gardner, MA 01440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Everything Fireplaces, LLC**                                    Case number (if known) _____
_____
Name

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

**Linsey Sander**
**61 Country Club Court**
**Le Claire, IA 52753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

**Lisa Beth Solivan**
**3082 Barnsdale Road**
**Bethlehem, PA 18017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

**Lisa Coyle**
**500 Monmouth Court**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

**Lssa Ferreira**
**2632 Ne Klickitat**
**Portland, OR 97212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

**Luke Grimsrud**
**2904 West Rockwell**
**Spokane, WA 99205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

**Lyndon Minks**
**6950 Jubert Lane**
**Hamel, MN 55340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

**Lynn Riotte**
**307 Main Street**
**Durham, CT 06422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Lynne Randolph**
**518 North Jefferson Street**
**Arlington, VA 22205**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** <u>customer</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Maria Purpura**
**6 Captains Way**
**Bay Shore, NY 11706**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** <u>customer</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Marjorie Marlin**
**1621 Coventry Crest**
**Fort Myers, FL 33908**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** <u>customer</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Mark Forret**
**805 Southwestt 3rd Avenue**
**Boynton Beach, FL 33426**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** <u>customer</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,091.04** |
|---|---|---|---|

**Mastterheat**
**7915 Philaelphia Rd B**
**Philadelphia**
**Rosedale, MD 21237**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Matt Allen**
**1442 Palmetto Street**
**Clearwater, FL 33755**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** <u>customer</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Mehul Patel**
**126 Cusick Road**
**Alcoa, TN 37701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** <u>customer</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Melanie Hoffman**
**211 Seneca Road**
**Great Falls, VA 22066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Melissa Strroud**
**10128 SE 16th Place**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Micah Dekofsky**
**1057 Harvard Street**
**Santa Monica, CA 90403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Michael**
**Lemaster**
**4030 Saint Croix Lane**
**Mebane, NC 27302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Michael Binns**
**811 Old Brundage Road**
**Hot Springs National Park, AR 71913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Michael Gray**
**683 Jenkins Road**
**Forsyth, GA 31029**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Michael Gustavson**
**PO Box 1**
**Southworth, WA 98386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Michael Haney**
**2702 Meadow Lane Drive**
**Easton, PA 18040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Michael Lemaster**
**4030 Saint Croix Lane, #107**
**Mebane, NC 27302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Michael Manning**
**1340 N Greenview Avenue**
**Chicago, IL 60642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Michael Mishanec**
**6125 Sentinel Road**
**Lake Placid, NY 12946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Michelle Durrant**
**255 North Hurd Road**
**Ortonville, MI 48462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Miguel Penaflor**
**446 Lakeview Avenue**
**Tooele, UT 84074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Mihael Marino**
**511 Canal Street**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Mike Noll**
**7994 Amsterdam Road**
**Anna, OH 45302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Miles Imwalle**
**525 Summit Aenue**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Mitchell Barnett**
**124 Coble Court**
**Longwood, FL 32779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,056.35**

**Momsma**
**2450 Buchanan Ave SW**
**Grand Rapids, MI 49548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Mortza Golbadi**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Neil Chand**
**1501 Ridgecrest Drive**
**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Nicholas Huftel**
**2114 North Cataract Road**
**Cloverdale, IN 46120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.201** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Noe De Leon**
**2482 Sedalia Court**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Oliver Rick**
**19 Summer Hill Drive**
**Reading, PA 19608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101,769.15**

**OnDeck Capital**
**1400 Broaway, Fl 25**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Parveen Cheema**
**701 Sunrise Drive**
**Lynden, WA 98264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Patrick Vaughn**
**4946 Piper Glen Drive**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Patrick Wang**
**2608 Gobat Avenue**
**92122**
**San Diego, CA 92122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Patrick Weir**
**1807 Sentry Oak Court**
**Fleming Island, FL 32003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Paul Pickle**
**31 West Abenida Balencia**
**San Clemente, CA 92672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Peter**
**215 A Avenue**
**Coronado, CA 92118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Peter Bates**
**16 Phoenix Road**
**Auburn, MA 01501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Peter Harthun**
**1711 Little orchard Syreet, #6**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Philip Gellert**
**23 Sir William Farm Road**
**Hillsdale, NY 12529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Rafael Redwood**
**17449 S Highway 211**
**Molalla, OR 97038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Randi England**
**PO Box 524**
**Stratford, CT 06615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Ricardo Chavez**
**1814 Tomahawk Court**
**Vineland, NJ 08361**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Richard Pirtz**
**2635 Cadwallader-Sonk Road**
**Cortland, OH 44410**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Richard Prior**
**13 Deerfield Lane**
**Fairhaven, MA 02719**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Rick Magby**
**164 Clerview Point Drive**
**Mount Gilead, NC 27306**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Rick Underwood**
**709 South G Street**
**Pensacola, FL 32502**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RMI**
**50 Limestone Road**
**Lee, MA 01238**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Rob Butler**
**599 Las Tablas Road**
**Templeton, CA 93465**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.222**

**Nonpriority creditor's name and mailing address**

**Rob Sharpe**
**1609 Landon Road**
**Towson, MD 21204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **cusstomer**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.223**

**Nonpriority creditor's name and mailing address**

**Ross Bunch**
**1626 Riverside Benlao Road**
**Bowling Green, KY 42101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.224**

**Nonpriority creditor's name and mailing address**

**Rudy Hendrix**
**3520 Cypress Marsh Drive**
**Fort Myers, FL 33905**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.225**

**Nonpriority creditor's name and mailing address**

**Russo**
**61 Pleasant Street**
**Randolph, MA 02368**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$51,076.33**

---

**3.226**

**Nonpriority creditor's name and mailing address**

**Ryan Edwards**
**5325 North Owl Ridge Lane**
**Springfield, MO 65803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.227**

**Nonpriority creditor's name and mailing address**

**Saa Darsky**
**1129 Nowita Place**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.228**

**Nonpriority creditor's name and mailing address**

**Sally Hurt**
**2001 Kings Lynn Road**
**Midlothian, VA 23113**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Sam Eichhorn**
**767 Sagamore Drive**
**Louisburg, NC 27549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Sami Kovaci**
**788 Mastic Road**
**Mastic, NY 11950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Sarah Kotowski**
**25623 Preserve Crst**
**San Antonio, TX 78261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Scott Cellarius**
**PO Box 2040**
**Corvallis, OR 97339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Scott Davidson**
**2050 Hermosa Avenue**
**Hermosa Beach, CA 90254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Scott MKeever**
**3268 West Columbi Street**
**Whitehall, PA 18052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Scott Paymer**
**120 North Huntington Avenue**
**Margate City, NJ 08402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor   **Everything Fireplaces, LLC**                                    Case number (if known) _____
_____
Name

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Sean Moorehead**
**33204 E. Oak Hill Road**
**Oak Grove, MO 64075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Sebastiano Mangiafico**
**2710 Ann Rou Road**
**Tavares, FL 32778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Shawn Glsgow**
**6308 Northern Red Oak Drive**
**Charlotte, NC 28227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**ShawnSholtis**
**3812 Whirlaway Lane**
**Chino Hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Shay Roberts**
**804 Crystal Water Way**
**Myrtle Beach, SC 29579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Shea Goldberger**
**1000 Easst 3rd Street**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Sheryl Holmes**
**8021 Flintlock Circle**
**Leander, TX 78645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $918,426.99 |
|---|---|---|---|
| | **Shopify**<br>**33 New Montgomery St, Ste 750**<br>**San Francisco, CA 94105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | **Stacy Spyros**<br>**916 Waters Edge**<br>**Marshall, WI 53559** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | **Stefan Macchi**<br>**750 South Steephead Lane**<br>**Eagle, ID 83616** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | **Stephen Hill**<br>**500 Cappadocia Church Road**<br>**Peachland, NC 28133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | **Stephen Wong**<br>**11752 Darlington Avenue**<br>**Los Angeles, CA 90049** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | **Steve Zoerner**<br>**378 Nicholas Lane**<br>**Driftwood, TX 78619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | **Steven Carroll**<br>**7445 Planters Drive North**<br>**Laurel Hill, FL 32567** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __customer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Stuart Wolpoff**
**12720 Green Briar Road**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Suellen Maneely**
**1348 Daryl Drive**
**Sarasota, FL 34232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Suzanne King Bires**
**136 East New Thompson Lake Rd**
**Carbondale, IL 62901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Ted Seeley**
**2000 Maple Brook Road**
**New Concord, OH 43762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Teri Hall**
**241 Lynx Cove**
**Blanco, TX 78606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Terry Jansen**
**156 Turkey Trail**
**Bandera, TX 78003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Thelma Richmond**
**1040 Riche Monte Farm Road**
**Meadow Bridge, WV 25976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Thomas Petruska**
**210 Lighthouse Drive**
**Hampton, VA 23664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Toby Futter**
**78 Sussex Street, #2**
**Jersey City, NJ 07302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Tom Hoelzle**
**310 McCutcheon Road**
**Columbus, OH 43230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Tom Huntington**
**11301 Industrial Road**
**Manassas, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Tom McCusker**
**1749 Private Road 652**
**Bay City, TX 77414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Tom Neild**
**PO Boc 22555**
**Beaumont, TX 77720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Tom Olah**
**280225 E 1870 Road**
**Comanche, OK 73529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Tom Spina**
**8930 E Norwood Circle**
**Mesa, AZ 85207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Tony Campbell**
**737 Walker Road, Suite 2**
**Great Falls, VA 22066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Tracye Tyson**
**8529 Brazil Road**
**Jacksonville, FL 32208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Tyler Osborne**
**1115 Brommer Street**
**Santa Cruz, CA 95062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Tyler Schuckeer**
**2205 Old Philadelphia Pike**
**Lancaster, PA 17602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29,918.48 |
|---|---|---|---|

**Unishippers**
**746 E. Winchester Street**
**Midvale, UT 84047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Walter Hendrix**
**28 Eastatoe Gap Road**
**Indian Camp Mountain**
**Rosman, NC 28772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Wei Li**
**3553 South Silver Springs Road**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  <u>customer</u>

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Will Hughes**
**176 Orion Way**
**Moncks Corner, SC 29461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  <u>customer</u>

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**William Doyle**
**217 16th Place, #B**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  <u>customer</u>

Is the claim subject to offset? ☒ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Hon. Laura J. Johnson**<br>**110 West Elm Street**<br>**Ozark, MO 65721** | Line  **3.100**<br><br>☐ Not listed. Explain ____ | **0085** |
| 4.2 | **Jason C. Smith**<br>**2144 E. Republic Rd, Ste. 8300**<br>**Springfield, MO 65804** | Line  **3.100**<br><br>☐ Not listed. Explain ____ | **0085** |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 1,275,606.64 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,275,606.64 |

**Fill in this information to identify the case:**

Debtor name          **Everything Fireplaces, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **lease of business premises at 39 Railroad Avenue, Middletwon, NY** |
| State the term remaining | |
| List the contract number of any government contract | **11 Center Street LLC**<br>**51 Montgomery Street**<br>**Middletown, NY 10940** |

**Fill in this information to identify the case:**

Debtor name    **Everything Fireplaces, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Derrick Morran** | **39 Red Barn Rd**<br>**Pine Bush, NY 12566**<br>**Personal Guaranty** | **ODK Capital, LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Derrick Morran** | **39 Red Barn Rd**<br>**Pine Bush, NY 12566**<br>**Personal Guaranty** | **Cloudfund LLC** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Derrick Morran** | **39 Red Barn Rd**<br>**Pine Bush, NY 12566** | **Bank of America** | ☐ D _____<br>■ E/F  **3.19**<br>☐ G _____ |
| 2.4 **Derrick Morran** | **39 Re Barn Rd**<br>**Pine Bush, NY 12566** | **OnDeck Capital** | ☐ D _____<br>■ E/F  **3.203**<br>☐ G _____ |
| 2.5 **Derrrick Morran** | **39 Red Barn Rd**<br>**Pine Bush, NY 12566** | **Delta Funding** | ■ D  **2.3**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Everything Fireplaces, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

| 2.6 | **Derrrick Morran** | **39 Red Barn Rd** **Pine Bush, NY 12566** | **Unishippers** | ☐ D _____ ■ E/F ___3.269___ ☐ G _____ |
|---|---|---|---|---|

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **Everything Fireplaces, LLC** | |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK | |
| Case number (if known) | ☐ Check if this is an amended filing |

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other | **$0.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$2,196,492.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$5,612,750.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Everything Fireplaces, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Cloudfund LLC v. Everything Fireplaces, LLC** 6003353/2023 | commercial collection | **Nassau County Supreme Court 100 Supreme Court Drive Mineola, NY 11501** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Cans Unlimited, Inc., dba CUI v. Everything Fireplaces, LLC, et al.** SSX-L-198-23 | Commercial Collection | **Sussex County Superior Court Hughes Justice Complex PO Box 971 Trenton, NJ 08625-0971** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Olson v. Everything Fireplaces LLC** 23CT-CC00085 | breach ofcontract | **38th Judicial Circuit, Christian Co MO 110 West Elm Street Ozark, MO 65721** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | | | | ☐ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **Everything Fireplaces, LLC** | Case number *(if known)* |
|---|---|---|

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Michael D. Pinsky, P.C.**<br>**372 Fullerton Ave., # 11**<br>**Newburgh, NY 12550** | **attorneys fees** | | **$2,500.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Michael D. Pinsky, P.C.**<br>**372 Fullerton Ave., # 11**<br>**Newburgh, NY 12550** | **court fiing fees** | | **$338.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor    **Everything Fireplaces, LLC**                                    Case number *(if known)*

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**

   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **18 Lauren Lane Sussex, NJ 07261 Sussex, NJ 07261** | **2019 to 2020** |
| 14.2. | **39 Red Barn Road Pine Bush, NY 12566** | **2020-2023** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**

   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ■ Yes. Does the debtor serve as plan administrator?

        ■ No Go to Part 10.
        ☐ Yes. Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Debtor    **Everything Fireplaces, LLC** _____    Case number *(if known)* _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America**<br>**4909 Savarese Circle**<br>**Tampa, FL 33634** | **XXXX-3346** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **March, 2023** | $0.00 |
| 18.2. | **Bank of America**<br>**4909 Savarese Circle**<br>**Tampa, FL 33634** | **XXXX-3359** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **March, 2023** | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

| Debtor | **Everything Fireplaces, LLC** | Case number (if known) | |
|---|---|---|---|

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Siegel & Siegel<br>200 North Street<br>Middletown, NY 10940** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Derrick Morran** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Debtor | **Everything Fireplaces, LLC** | Case number *(if known)* | |
|---|---|---|---|

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Derrick Morran** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Delta Funding**<br>**108 Greenwich Streeet**<br>**New York, NY 10006** |
| 26d.2.   **ODK Capital, LLC dba On Deck Capital**<br>**1400 Broadway**<br>**New York, NY 10018** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Derrick Morran** | | **Managing Member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Harley Davidson Finance** | **$500.00/mo.** | | **Additional compensation to Derrick Morran** |
| | **Relationship to debtor** | | | |

Debtor   **Everything Fireplaces, LLC**                                    Case number *(if known)*

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**June  8, 2023**__

__**/s/ Derrick Morran**__                          __**Derrick Morran**__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   __**Managing Member**__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re    **Everything Fireplaces, LLC** _____    Case No. _____
_____
Debtor(s)          Chapter    **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................    $ _____**2,500.00**

    Prior to the filing of this statement I have received ...................    $ _____**2,500.00**

    Balance Due ................................................................................    $ _____**0.00**

2.  $___**338.00**___ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor        ■ Other (specify):    **Derrick Morran**

4.  The source of compensation to be paid to me is:

    ☐ Debtor        ■ Other (specify):    **Derrick Morran**

5.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **The commencement, prosecution or defense of any motion practice, contested matter(s) or adversary
    proceeding(s), including but not limited to loss mitigation proceedings, Rule 2004 examinations, objection to
    discharge or dischargeability, claims objections, post-confirmation matters (including modification of confirmed
    Plans and defense of motions to dismiss),matters involving the automatic stay (including the defense of motions
    for relief from the stay or the extension or imposition of the stay), objections to claims of exemption(s) or steps
    taken for the protection or preservation of exemption rights, motions to avoid liens (whether judicial liens, junior
    mortgage liens, or non- purchase money security interests), matters involving the sale, lease or use of property
    (including the use of cash collateral), matters involving financing, matters involving the cramdown of secured
    claims, the retention of professionals, applications for compensation  and reimbursement of expenses,
    transactional matters, matters involving the dischargeability of certain taxes and student loans, matters involving
    abandonment, turnover, preference or fraudulent conveyance, appeals from orders of the Bankruptcy Court, the
    defense of appeals taken by others from orders of the Bankruptcy Court, and proceedings in any other court,
    tribunal or administrative agency.**

In re    **Everything Fireplaces, LLC**_____    Case No. _____

_____Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June  8, 2023**_____

*Date*

**/s/ Michael D. Pinsky, Esq.**_____

**Michael D. Pinsky, Esq.**

*Signature of Attorney*

**Law Office of Michael D. Pinsky, P.C.**

**372 Fullerton Ave., #11**

**Newburgh, NY 12550-3744**

**845-245-6001   Fax: 845-684-0547**

**michael.d.pinsky@gmail.com**

*Name of law firm*

# United States Bankruptcy Court
## Southern District of New York

In re    **Everything Fireplaces, LLC**                                            Case No.
_____                                   Chapter    **7**
                                        Debtor(s)         _____


# VERIFICATION OF CREDITOR MATRIX


I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date:    **June  8, 2023**                        **/s/ Derrick Morran**
_____        _____
                                 **Derrick Morran**/**Managing Member**
                                 Signer/Title

11 CENTER STREET LLC
51 MONTGOMERY STREET
MIDDLETOWN, NY 10940


ADLEN DAVID
8 BASEIEW COURT
UNCASVILLE, CT 06382


AF DISTRIBUTORS
23 E. ATLANTA AVENUE
PHOENIX, AZ 85040


ALAN DYKSHORN
15144 10TH AVENUE
DYER, IN 46311


ALAN ROSE
865 EAST CACTUS DRIVE
GLOBE, AZ 85501


ALEX SAAR
1234 NORWICH ROAD
JACKSONVILLE, FL 32207


ALEX WITTENBURG
1475 COUNTY ROAD 2400
LOMETA, TX 76853


ALLEN BUBAR
2785 RIBERA ROAD
CARMEL, CA 93923


ALLYSON KESLER
2019 NORTHWEST 9TH AVENUE
CAPE CORAL, FL 33993


AMY HASSELL
3045 BANKS ROAD
TALLAHASSEE, FL 32309


AMY THOMPSON
160 OATLAND ISLAND ROAD
SAVANNAH, GA 31410

ANA GONZALEZ
127 MR. EVEREST COURT
CLAYTON, CA 94517


ANDREW FRAZIER
552 VANDIVIEERE ROAD
ATLANTA, GA 30340


ANDREW WALDEN
24 WEMBLY COURT
ELLABELL, GA 31308


ANDYWIILERT
2230 MOCKINGBIRRD DRIVE
ROUND ROCK, TX 78681


ANNA DADURLAN
12 EAST ACACIA AVENUE, D
GLENDALE, CA 91205


ANNAMARIE GILBERT
6305 NEWLAND STREET
ARVADA, CO 80003


ANTHONY STANKEWITZ
PO BOX 386
SPIRO, OK 74959


ARTHUR LANZER
15 CHAPEL ROAD
NEWBURGH, NY 12550


BAC FIREPLACE GROUP
C/O MORGAN, COHN & BACH
7225 N. MONA LISA RD, STE 200
TUCSON, AZ 85741


BANK OF AMERICA
100 NORTH TRYON STREET
CHARLOTTE, NC 28255


BARRY FLEMING
1542 BAXTER RIDGE COURT
APEX, NC 27502

BILL GLEASON
1519 WEST INGOMAR ROAD
PITTSBURGH, PA 15237


BILL HANNA
10070 BELVEDERE CIRCLE
LONE TREE, CO 80124


BILL THOMAS
216 COUNTY ROAD
FRENCHTOWN, NJ 08825


BJORN WHITE
1211 W FAIRFAX DRIVE
CHATTANOOGA, TN 37415


BOB WELSCH
56 DINGLE DAISY ROAD
MONTICELLO, NY 12701


BRENDDA BRYERTON
141 MOUNTINVIW LANE
PO BOX 246
LAMAR, PA 16848


BRETTA TASSARA
103 OAKLAWN DRIVE
SAINT ROSE, LA 70087


BRIAN BURRNIKEL
11 DELLANY COURT
GREER, SC 29651


BRIAN MELCHER
2835 NORTH AVENUE
METROPOLIS, IL 62960


BRIAN MEYERS
1408 BROOKMEADE AVENUE
MARYVILLE, TN 37804


BRIANNA LAREAU
PO BOX 61
PORT HENRY, NY 12974

BRUCE FELDMAN
1754 CENTRAL PARK
OREFIELD, PA 18069

BRUCE SCHAEFFER
1419 TIMBERLINE DRIVE
POTTSTOWN, PA 19465

BSRAK MALKA
13902 SUGAARBERRY WOODS STREET
SAN ANTONIO, TX 78249

CAARMEN IAGULLI
7015 BROOKLINE PLACE
HUNTERSVILLE, NC 28078

CAITLIN KUCHEMBA
2449 FOREST DRIVE EAST
POCONO LAKE, PA 18347

CANNED HEAT
2810 STONER COURT #2
NORTH LIBERTY, IA 52317

CARISSA DEROCHER
17435 HIGHWAY 3
AKRON, IA 51001

CARLOS ALVARS
3100 W. 84TH STE BAY #6
HIALEAH, FL 33018

CHARLES BURKE
1801 LAKE ROBERTS COURT
WINDERMERE, FL 34786

CHARLES KEENE
365 FAIRWAY DRRVE
CLARKSVILLE, TN 37043

CHASE STROUD
502 SYCAMORE STREET
BRENHAM, TX 77833

CHERYL CICHON
1880 HIDDEN MEADOW DRIVE
HOWELL, MI 48855

CHRIS KISH
3138 SOUTH AKRON COURT
DENVER, CO 80231

CHRIS KRAMEER
6 HUTTON CENTRE DRIVE, #860
SANTA ANA, CA 92707

CHRIS MONTHONY
41 TOWN SHED ROAD
MINERVA, NY 12851

CHRIS ORMSBY
280 ALTA VIEW DRIVE SW
WILLIS, VA 24380

CHRIS WICKAM
519 S PROPETOR LANE
EAGLE, ID 83616

CHRISTINA BURRNES
PO BOX 1519
VICTORIA, TX 77902

CHRISTOPHER PELT
342 DEER POINT DRIVE
GULF BREEZE, FL 32561

CHUONG NGUYEN-THANH
302 1/2 PAVONIA AVENUE
JERSEY CITY, NJ 07302

CLARKE WATSON
1001 S MAIN #5
BOERNE, TX 78006

CLAYTON FLUKE
40 KIMBLE AVENUE
RIO GRANDE, NJ 08242

CLOUDFUND LLC
400 RELLA BLVD. STE 165-101
ATTN OFFICER
SUFFERN, NY 10901


CODY SANDERS
705 COUNTY ROAD 256
SWEETWATER, TX 79556


COLLEEN BERRY
69383 POVERTY FLAT ROAD
PENDLETON, OR 97801


CYNTHIA RICKMAN
380 ROUTE 148
KILLINGWORTH, CT 06419


DANIEL FASHOTTZ
3924 BRANSON DRIVE
SAN MATEO, CA 94403


DANIEL MATSKEVICH
132 HARWICH ROAD, #406
CHESTNUT HILL, MA 02467


DAVID BROWN
223 EAST MAIN STREET
CARBONDALE, CO 81623


DAVID CAWTHORNE
1517 BATTES ROAD
VICTORIA, VA 23974


DAVID EITREM
8885 CAGGNON ROAD
SAN ANTONIO, TX 78252


DAVID FERGUSON
6236 2ND STREET
RIO LINDA, CA 95673


DAVID HUGHES
14 MARBLEHEAD ROAD
WINDHAM, NH 03087

DAVID SANDERS
5050 CRYSTAL BRIDGE DRIVE
CARBONDALE, CO 81623


DAVID SIZEMORE
6002 EAST MCKINLEY AVENUE
TACOMA, WA 98404


DELTA FUNDING
108 GREENWICH STREET
NEW YORK, NY 10006


DENNIS PACELLA
211 ULSTERVILLE ROAD
PINE BUSH, NY 12566


DEREK SCOTT
4629 COPPER MOUNTIN TRAIL
ARLINGTON, TX 76005


DERRICK MORRAN
39 RED BARN RD
PINE BUSH, NY 12566


DERRICK MORRAN
39 RE BARN RD
PINE BUSH, NY 12566


DERRRICK MORRAN
39 RED BARN RD
PINE BUSH, NY 12566


DESIGN SPECIALTIES
11100 W. HEATHER AVENUE
MILWAUKEE, WI 53224


DEVAN ISENHOWER
2605 HUNTSDALE TRAIL
ZEBULON, NC 27597


DEVIN MAULDIN
31623 NORTHEAST 123RD STREET
DUVALL, WA 98019

DEVIN MERRIMAN
1214 TABERNACLE ROAD
SMITHVILLE, TN 37166

DIANE HOFFMAN
1844 LAKE FOREST LANE
CLEARWATER, FL 33755

DIANE ORTMANN
7426 SEACREST DRIVE
POMPANO BEACH, FL 33067

DIRK BEASLEY
1990 W ELVIRA STREET
TUCSON, AZ 85746

DNISE HUNT
1ST LEAGUE 6276
MISSION VIEJO, CA 92692

DONNA SHARP
158 ARROW HEAD POINT
TOPTON, NC 28781

DOUG LINDEMANN
9230 HIGHWAY 42
FISH CREEK, WI 54212

DOUGLAS RAYMOND
57 UNNEBERG AVENUE
SUCCASUNNA, NJ 07876

DWIGHT ROBERTS
8921 EVENING GROVE
CORDOVA, TN 38018

EDWARD VYDRO
19882 BRIDGETOWN LOOP
VENICE, FL 34293

ELINAS GOLDSTEIN
199 EAST LAKE SHORE DRIVE, 6W
CHICAGO, IL 60611

EMERY LEDGER
5160 BICH STREET, #100
NEWPORT BEACH, CA 92660


EMILY MATTOLE
5064 APPLEBUTTER HILL ROAD
CENTER VALLEY, PA 18034


EMILY PELA
9904 NORTHEAST HAZEL DELL AVE
VANCOUVER, WA 98685


ERIC BLOEM
133 ADAMS STREET NW
WASHINGTON, DC 20001


ERIK BECK
233 WALNUT AVENUE
BELLMAWR, NJ 08031


ERNIE FISHER
1113 OAKMONT STREET
HAYS, KS 67601


ERRIC MANFELL
PO BOX 352
STORY, WY 82842


ESTEBAN MARTINEZ
6550 SHADY BROOK LANE, #1810
DALLAS, TX 75206


FARSHID PAYDAR
2130 SHELBY DRIVE
SEDONA, AZ 86336


FAYE BRITT
8217 RIVER ROAD
WILMINGTON, NC 28412


FELIX PREJEAN
22011 ELTON DRIVE
JENNINGS, LA 70546

FIRESIDE GROUP
1871 ROUTE 9H
HUDSON, NY 12534-4000


GABBY RINGLER
24620 PILGRI ROAD
ELBERTA, AL 36530


GARY STANKIEWICZ
14 TERRACE HILL DRIVE
SOUTH DENNIS, MA 02660


GENEVIEVE LITCHFIELD
1040 LAKEVIEW DRIVE
CENTERTON, AR 72719


GEORGE ALPERT
44 BEVERLY ROAD
SUMMIT, NJ 07901


GEORGE DAWSON
2700 TRENTS FERRY ROAD
LYNCHBURG, VA 24503


GLENDA CUTBIRTH
20515 LAWRENCE 2048
EVERTON, MO 65646


GRANT & LAUREN OLSON
907 N 21ST AVE
OZARK, MO 65721


HAL PARKER
2820 NARROW GAUGE ROAD
BOLTON, MS 39041


HANNAH KALDAHL
231 S 1ST AVENUE
DULUTH, MN 55810


HEATHER SANDERS
1107D BOSCOBEL STREET
NASHVILLE, TN 37206

HIKMET USTUNKAYA
135 SHADDUCK ROAD
LITTLE MEADOWS, PA 18830


HON. LAURA J. JOHNSON
110 WEST ELM STREET
OZARK, MO 65721


HUNTER BARNHART
13198 195TH STREET
MONTICELLO, IA 52310


IGOR LIKHKUN
12802
SAGAMORE FOREST LANE
REISTERSTOWN, MD 21136


JACKIE LUNARDI
7603 ROYAL TROON TERRACE
IJAMSVILLE, MD 21754


JAKE WILLIAMS
915 VEREDA DEL VALLE AVENUE
EL PASO, TX 79932


JAMES HOLLOMAN
10142 ANTELOPE WAY
FORNEY, TX 75126


JAMES MONDAY
511 STATE ROUTE 45
44010
CASTLE ROCK, MN 55010


JAMESD'ORAZIO
54 PARK DRIVE
PARKSVILLE, NY 12768


JAMEY GOODWIN
2601 CAUSEWAY CENTER DRIVE
TAMPA, FL 33619


JAMIE KERR
1728 SKYLINE BLVD.
REDWOOD CITY, CA 94062

JAMISON DWENBY
4400 HURLEY WADE DRIVE
MOSS POINT, MS 39562


JANICE STRINGFELLOW
115 TANNERTOWN ROAD
LUCEDALE, MS 39452


JASMIN PETERSON
4800 BALD EAGLE PARK
MARRERO, LA 70072


JASMINE KEENEY
1755 OLINDA ROAD
MAKAWAO, HI 96768


JASON C. SMITH
2144 E. REPUBLIC RD, STE. 8300
SPRINGFIELD, MO 65804


JEFF BOGENSCHUTZ
N3809 MCHUGH ROAD
KAUKAUNA, WI 54130


JEFF GEPHART
1705 COOK STREET
SILVER CITY, NM 88061


JEFFEY CASPER
3817 MOUNTAIN COVE DRIVE
CHARLOTTE, NC 28216


JEFFREY DEFRANCES
12223 EMILY COVE
GULFPORT, MS 39503


JEFFREY GUILBERT
8282 COUNTY ROAD 9110
WEST PLAINS, MO 65775


JEFFREY PREVITERA
601 S. BELL BLVD.
CEDAR PARK, TX 78613

JEREMY DUNN
17021 UPRIVER DRIVE
NORTH FORT MYERS, FL 33917


JEREMY VANCE
8753 INKSTER STREET
LENEXA, KS 66227


JIM POULSON
108 EAST 100 SOUTH ROAD
INDIANAPOLIS, IN 46240


JOAO BAHIENSE
403 VFW DRIVE
ROCKLAND, MA 02370


JODY HABA
40 PEBBLE BROOK PLACE
SPRINGBORO, OH 45066


JOHN AMBROSE
4375 VILLAGE GREEN CIRCLE
BIRMINGHAM, AL 35226


JOHN BERARDINO
1135 HEARTHSTONE DRIVE
FREDERICKSBURG, VA 22407


JOHN KNOPF
11 PEASES POINT ROAD
EDGARTOWN, MA 02539


JOHN O'CONNOR
1005 KERRRVILLE WAY
TX 75072


JOHN RUSCHAK
160 OCK ROAD W
LAMBERTVILLE, NJ 08530


JOHN VELLINGR
2979 NORTH LUTHER ROAD
FLOYDS KNOBS, IN 47119

JONATHAN GAMBLE
39 COLD SPRING ROAD
NEWTOWN, CT 06470


JONATHAN TOCHE
9117 LIVE OAK AVENUE
IONE, CA 95640


JORDAN LIEVERS-EATON
28 WEST 90TH STREET, 2F
NEW YORK, NY 10024


JOSHUA PAYNE
612 PENN TREE DRIVE
GIBSONIA, PA 15044


JOSHUA WOLFE
3930 VIRGINIA AVENUE
CINCINNATI, OH 45227


JULIO HALL
3 HUBBARDSTREET
CARTHAGE, NY 13619


JUSTIN GERSHOONY
PO BOX 921
FOLSOM, CA 95763


JUSTIN JOHNSON
290 CALVERTS HILL ROAD
SPRAGGS, PA 15362


JUSTIN PETERSON
90 SOUTH MELPOMENE WAY
VAIL, AZ 85641


JUSTIN SIMKOVIC
268 CARMICHAELS STREET
RICES LANDING, PA 15357


KAY VAN VLIET
15 MCDANIEL LANE
MOUNT PLEASANT, SC 29464

KAY WHITT
4105 SCOTLAND DRIVE
GRAND PRAIRIE, TX 75052

KEEGAN LOW
655 CANYON CIRCLE
RENO, NV 89519

KEELLWY KERTELITS
3 PHEASANTS RUN
BUCHANAN, NY 10511

KEITH MASSEY
2241 NORTHGATE DRIVE
MUSKEGON, MI 49445

KEN HOANG
6315 E CEDARBROOKS  ROAD
ORANGE, CA 92867

KERRI MALONEY
20 TURNINF LEAF LANE
LOTHIAN, MD 20711

KEVIN GILES
385 ESLICK HOLLOW ROAD
LYNCHBURG, TN 37352

KEVIN LEWIS
8730 EAST 43RD STREET
TULSA, OK 74145

KEVIN SINNETT
80 COMMUNITY DRIVE
DEBARY, FL 32713

KITCHEN NOLTE
405 SE MAGAZINE ROAD, #103
ANKENY, IA 50021

KRISTEN MAUS
1778 MARIETTA DRIVE
FORT LAUDERDALE, FL 33316

KRISTINA DNSON
14 THOMAS ROAD
EAST BRUNSWICK, NJ 08816


KRISTOPHER ARMBRECHT
1107 LAWRENE AVENUE
POINT PLEASANT BEACH, NJ 08742


LANCE WHITNEY
246 WILLIAMS ROAD
COOPERSTOWN, NY 13326


LARA HERMANN
853 MILLER STREET
LUZERNE, PA 18709


LAY ATTAWAY
17 E 3RD AVENUE
ROME, GA 30161


LAYNA CAIN
1000 ORCHID RIDGE LANE
BONITA SPRINGS, FL 34135


LEAH LAVIGNE
640 BOXFORD ROAD
HAVERHILL, MA 01835


LEVI SCHMUCKER
27767 SPRING CREEK ROAD
MENDON, MI 49072


LIANNE CORMIER
185 BARTHEL AVENUE
GARDNER, MA 01440


LINSEY SANDER
61 COUNTRY CLUB COURT
LE CLAIRE, IA 52753


LISA BETH SOLIVAN
3082 BARNSDALE ROAD
BETHLEHEM, PA 18017

```
LISA COYLE
500 MONMOUTH COURT
WALNUT CREEK, CA 94598


LSSA FERREIRA
2632 NE KLICKITAT
PORTLAND, OR 97212


LUKE GRIMSRUD
2904 WEST ROCKWELL
SPOKANE, WA 99205


LYNDON MINKS
6950 JUBERT LANE
HAMEL, MN 55340


LYNN RIOTTE
307 MAIN STREET
DURHAM, CT 06422


LYNNE RANDOLPH
518 NORTH JEFFERSON STREET
ARLINGTON, VA 22205


MARIA PURPURA
6 CAPTAINS WAY
BAY SHORE, NY 11706


MARJORIE MARLIN
1621 COVENTRY CREST
FORT MYERS, FL 33908


MARK FORRET
805 SOUTHWESTT 3RD AVENUE
BOYNTON BEACH, FL 33426


MASTTERHEAT
7915 PHILAELPHIA RD B
PHILADELPHIA
ROSEDALE, MD 21237


MATT ALLEN
1442 PALMETTO STREET
CLEARWATER, FL 33755
```

MEHUL PATEL
126 CUSICK ROAD
ALCOA, TN 37701


MELANIE HOFFMAN
211 SENECA ROAD
GREAT FALLS, VA 22066


MELISSA STRROUD
10128 SE 16TH PLACE
BELLEVUE, WA 98004


MICAH DEKOFSKY
1057 HARVARD STREET
SANTA MONICA, CA 90403


MICHAEL
LEMASTER
4030 SAINT CROIX LANE
MEBANE, NC 27302


MICHAEL BINNS
811 OLD BRUNDAGE ROAD
HOT SPRINGS NATIONAL PARK, AR 71913


MICHAEL GRAY
683 JENKINS ROAD
FORSYTH, GA 31029


MICHAEL GUSTAVSON
PO BOX 1
SOUTHWORTH, WA 98386


MICHAEL HANEY
2702 MEADOW LANE DRIVE
EASTON, PA 18040


MICHAEL LEMASTER
4030 SAINT CROIX LANE, #107
MEBANE, NC 27302


MICHAEL MANNING
1340 N GREENVIEW AVENUE
CHICAGO, IL 60642

MICHAEL MISHANEC
6125 SENTINEL ROAD
LAKE PLACID, NY 12946


MICHELLE DURRANT
255 NORTH HURD ROAD
ORTONVILLE, MI 48462


MIGUEL PENAFLOR
446 LAKEVIEW AVENUE
TOOELE, UT 84074


MIHAEL MARINO
511 CANAL STEET
NEW YORK, NY 10013


MIKE NOLL
7994 AMSTERDAM ROAD
ANNA, OH 45302


MILES IMWALLE
525 SUMMIT AENUE
MILL VALLEY, CA 94941


MITCHELL BARNETT
124 COBLE COURT
LONGWOOD, FL 32779


MOMSMA
2450 BUCHANAN AVE SW
GRAND RAPIDS, MI 49548


MORTZA GOLBADI


NEIL CHAND
1501 RIDGECREST DRIVE
AUSTIN, TX 78746


NICHOLAS HUFTEL
2114 NORTH CATARACT ROAD
CLOVERDALE, IN 46120

```
NOE DE LEON
2482 SEDALIA COURT
FRISCO, TX 75034


ODK CAPITAL, LLC
1400 BROADWAY 25TH FLOOR
ATTN OFFICER
NEW YORK, NY 10018-5225


OLIVER RICK
19 SUMMER HILL DRIVE
READING, PA 19608


ONDECK CAPITAL
1400 BROAWAY, FL 25
NEW YORK, NY 10018


PARVEEN CHEEMA
701 SUNRISE DRIVE
LYNDEN, WA 98264


PATRICK VAUGHN
4946 PIPER GLEN DRIVE
CHARLOTTE, NC 28277


PATRICK WANG
2608 GOBAT AVENUE
92122
SAN DIEGO, CA 92122


PATRICK WEIR
1807 SENTRY OAK COURT
FLEMING ISLAND, FL 32003


PAUL PICKLE
31 WEST ABENIDA BALENCIA
SAN CLEMENTE, CA 92672


PETER
215 A AVENUE
CORONADO, CA 92118


PETER BATES
16 PHOENIX ROAD
AUBURN, MA 01501
```

PETER HARTHUN
1711 LITTLE ORCHARD SYREET, #6
SAN JOSE, CA 95125

PHILIP GELLERT
23 SIR WILLIAM FARM ROAD
HILLSDALE, NY 12529

RAFAEL REDWOOD
17449 S HIGHWAY 211
MOLALLA, OR 97038

RANDI ENGLAND
PO BOX 524
STRATFORD, CT 06615

RICARDO CHAVEZ
1814 TOMAHAWK COURT
VINELAND, NJ 08361

RICHARD PIRTZ
2635 CADWALLADER-SONK ROAD
CORTLAND, OH 44410

RICHARD PRIOR
13 DEERFIELD LANE
FAIRHAVEN, MA 02719

RICK MAGBY
164 CLERVIEW POINT DRIVE
MOUNT GILEAD, NC 27306

RICK UNDERWOOD
709 SOUTH G STREET
PENSACOLA, FL 32502

RMI
50 LIMESTONE ROAD
LEE, MA 01238

ROB BUTLER
599 LAS TABLAS ROAD
TEMPLETON, CA 93465

ROB SHARPE
1609 LANDON ROAD
TOWSON, MD 21204


ROSS BUNCH
1626 RIVERSIDE BENLAO ROAD
BOWLING GREEN, KY 42101


RUDY HENDRIX
3520 CYPRESS MARSH DRIVE
FORT MYERS, FL 33905


RUSSO
61 PLEASANT STREET
RANDOLPH, MA 02368


RYAN EDWARDS
5325 NORTH OWL RIDGE LANE
SPRINGFIELD, MO 65803


SAA DARSKY
1129 NOWITA PLACE
VENICE, CA 90291


SALLY HURT
2001 KINGS LYNN ROAD
MIDLOTHIAN, VA 23113


SAM EICHHORN
767 SAGAMORE DRIVE
LOUISBURG, NC 27549


SAMI KOVACI
788 MASTIC ROAD
MASTIC, NY 11950


SARAH KOTOWSKI
25623 PRESERVE CRST
SAN ANTONIO, TX 78261


SCOTT CELLARIUS
PO BOX 2040
CORVALLIS, OR 97339

SCOTT DAVIDSON
2050 HERMOSA AVENUE
HERMOSA BEACH, CA 90254

SCOTT MKEEVER
3268 WEST COLUMBI STREET
WHITEHALL, PA 18052

SCOTT PAYMER
120 NORTH HUNTINGTON AVENUE
MARGATE CITY, NJ 08402

SEAN MOOREHEAD
33204 E. OAK HILL ROAD
OAK GROVE, MO 64075

SEBASTIANO MANGIAFICO
2710 ANN ROU ROAD
TAVARES, FL 32778

SHAWN GLSGOW
6308 NORTHERN RED OAK DRIVE
CHARLOTTE, NC 28227

SHAWNSHOLTIS
3812 WHIRLAWAY LANE
CHINO HILLS, CA 91709

SHAY ROBERTS
804 CRYSTAL WATER WAY
MYRTLE BEACH, SC 29579

SHEA GOLDBERGER
1000 EASST 3RD STREET
BROOKLYN, NY 11230

SHEFFIELD FINANCIAL
PO BOX 580229
ATTN: OFFICER
CHARLOTTE, NC 28258-0229

SHERYL HOLMES
8021 FLINTLOCK CIRCLE
LEANDER, TX 78645

SHOPIFY
33 NEW MONTGOMERY ST, STE 750
SAN FRANCISCO, CA 94105

STACY SPYROS
916 WATERS EDGE
MARSHALL, WI 53559

STEFAN MACCHI
750 SOUTH STEEPHEAD LANE
EAGLE, ID 83616

STEPHEN HILL
500 CAPPADOCIA CHURCH ROAD
PEACHLAND, NC 28133

STEPHEN WONG
11752 DARLINGTON AVENUE
LOS ANGELES, CA 90049

STEVE ZOERNER
378 NICHOLAS LANE
DRIFTWOOD, TX 78619

STEVEN CARROLL
7445 PLANTERS DRIVE NORTH
LAUREL HILL, FL 32567

STUART WOLPOFF
12720 GREEN BRIAR ROAD
POTOMAC, MD 20854

SUELLEN MANEELY
1348 DARYL DRIVE
SARASOTA, FL 34232

SUZANNE KING BIRES
136 EAST NEW THOMPSON LAKE RD
CARBONDALE, IL 62901

TED SEELEY
2000 MAPLE BROOK ROAD
NEW CONCORD, OH 43762

TERI HALL
241 LYNX COVE
BLANCO, TX 78606


TERRY JANSEN
156 TURKEY TRAIL
BANDERA, TX 78003


THELMA RICHMOND
1040 RICHE MONTE FARM ROAD
MEADOW BRIDGE, WV 25976


THOMAS PETRUSKA
210 LIGHTHOUSE DRIVE
HAMPTON, VA 23664


TOBY FUTTER
78 SUSSEX STREET, #2
JERSEY CITY, NJ 07302


TOM HOELZLE
310 MCCUTCHEON ROAD
COLUMBUS, OH 43230


TOM HUNTINGTON
11301 INDUSTRIAL ROAD
MANASSAS, VA 20109


TOM MCCUSKER
1749 PRIVATE ROAD 652
BAY CITY, TX 77414


TOM NEILD
PO BOC 22555
BEAUMONT, TX 77720


TOM OLAH
280225 E 1870 ROAD
COMANCHE, OK 73529


TOM SPINA
8930 E NORWOOD CIRCLE
MESA, AZ 85207

TONY CAMPBELL
737 WALKER ROAD, SUITE 2
GREAT FALLS, VA 22066


TRACYE TYSON
8529 BRAZIL ROAD
JACKSONVILLE, FL 32208


TYLER OSBORNE
1115 BROMMER STREET
SANTA CRUZ, CA 95062


TYLER SCHUCKEER
2205 OLD PHILADELPHIA PIKE
LANCASTER, PA 17602


UNISHIPPERS
746 E. WINCHESTER STREET
MIDVALE, UT 84047


WALTER HENDRIX
28 EASTATOE GAP ROAD
INDIAN CAMP MOUNTAIN
ROSMAN, NC 28772


WEI LI
3553 SOUTH SILVER SPRINGS ROAD
LAFAYETTE, CA 94549


WILL HUGHES
176 ORION WAY
MONCKS CORNER, SC 29461


WILLIAM DOYLE
217 16TH PLACE, #B
COSTA MESA, CA 92627

**United States Bankruptcy Court**
**Southern District of New York**

In re   **Everything Fireplaces, LLC**                                              Case No. _____
                                                    Debtor(s)          Chapter    **7**  _____


**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Everything Fireplaces, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


June  8, 2023
_____
Date

/s/ Michael D. Pinsky, Esq.
_____
**Michael D. Pinsky, Esq.**
Signature of Attorney or Litigant
Counsel for   **Everything Fireplaces, LLC**
_____
**Law Office of Michael D. Pinsky, P.C.**
**372 Fullerton Ave., #11**
**Newburgh, NY 12550-3744**
**845-245-6001 Fax:845-684-0547**
**michael.d.pinsky@gmail.com**